| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Triad Aero Sales, Corp. | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | ☐ Check if this is an amended filing |
| Case number (if known): | | |

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ameristar Air Cargo, Inc.<br>c/o Husch Blackwell LLP<br>1900 N. Pearl Street, Suite 1800<br>Dallas, TX 75201 | Buffey Klein<br>buffey.klein@huschblackwell.com<br>214-999-6100 | Law Suit - Ameristar Air Cargo Inc. v. Triad Aero Sales Corp. | | | | $1,258,064.35 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | Taxes owed for 2012 | Disputed | | | $637,745.85 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | Taxes owed 2022 | | | | $215,910.17 |
| Internal Revenue Service<br>P.O. Xo 7346<br>Philadelphia, PA 19101-7346 | | Taxes owed 2021 | | | | $201,261.70 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | Taxes owed 2020 | | | | $110,264.95 |
| Internal Revenue Service<br>P.O Box 7346<br>Philadelphia, PA 19101-7346 | | Taxes owed 2024 | | | | $90,864.00 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | Taxes owed 2023 | | | | $81,624.00 |

Debtor   **Triad Aero Sales, Corp.**
         Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Small Business Loan (SBA) 51 SW 1st Avenue #201 Miami, FL 33130 | | Small Business Loan 2024 | | | | $22,095.00 |
| Small Business Loan (SBA) 51 SW 1st Avenue #201 Miami, FL 33130 | | Small Business Loan for 2023 | | | | $17,551.00 |
| Trembley Law Firm attn: Arturo L. Arca, Esq. 9700 S. Dixie Highway, PTH #1100 Miami, FL 33156 | | Law Suit representation | | | | $11,661.25 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 2