**United States Bankruptcy Court**
**Southern District of Florida**

In re  Triad Aero Sales, Corp.                                Case No.
                              Debtor(s)                       Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Triad Aero Sales, Corp.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

10/27/25
Date

Brian S. Behar
Signature of Attorney or Litigant
Counsel for  Triad Aero Sales, Corp.
Behar, Gutt & Glazer, P.A.
DCOTA, Suite A-350
1855 Griffin Road
Fort Lauderdale, FL 33004
305-931-3771 Fax:305-931-3774
bsb@bgglaw.com